**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00821-CV
No. 05-13-00823-CV
No. 05-13-00824-CV
No. 05-13-00825-CV
No. 05-13-00826-CV
No. 05-13-00827-CV

IN RE MICHAEL DAVIS, Relator

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F99-99980, F99-99981,
F99-99982, F99-99983, F99-99984 and F99-99985

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.


/s/    DAVID L. BRIDGES
        JUSTICE